USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/3/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

United States of America,

        vs.                                                                          18 CR 157 (LAK)

**Jose Luis Gonzalez-Solis,**

                       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

       The Court having today sentenced this defendant to time served,

       IT IS HEREBY ORDERED that, provided there are no outstanding detainers against the defendant **Jose Luis Gonzalez-Solis**, this defendant is discharged from the custody of the United States Marshal immediately and in accordance with any special conditions as directed by the Court.

DATED: 5/3/2022

                                   Lewis A. Kaplan
                       United States District Judge